| | AUSA: | Diane Princ | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Erin Herrgott | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America

v.

Larry Davle Fortes

Case: 2:26−mj−30279
Assigned To : Unassigned
Assign. Date : 5/13/2026
Description: CMP USA v Fortes (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 27, 2024 - Present_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5) | Possession or access with intent to view. |
| 18 U.S.C. § 2251(a) | Sexual exploitation of a minor. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erin Herrgott, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___May 13, 2026___

_____
*Judge's signature*

City and state: __Detroit, Michigan__     Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Erin Herrgott, being first duly sworn, state as follows:

1.     I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS).  I have been employed as a Special Agent for HSI since August 2020.  I successfully completed the Criminal Investigator Training Program (CITP) and the HSI Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA.  Prior to joining HSI, I was a Border Patrol Agent (BPA) with the United States Border Patrol (USBP) in Eagle Pass, Texas.  Additionally, I have received a bachelor's degree in criminal justice from Madonna University.  While employed at HSI, I have investigated federal criminal violations related to child sex trafficking, child exploitation, and child pornography.  I have received training on child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in U.S.C. 18 § 2256) in all forms of media.

2.     This affidavit is made in support of an application for a criminal complaint and arrest warrant for Larry Davle FORTES Jr (DOB: XX/XX/2003) for violations of 18 U.S.C. § 2252A(a)(5) (possession or access with intent to view child pornography) and 18 U.S.C. § 2251(a) (sexual exploitation of a minor).

1

3.      The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals.  These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for FORTES.

### PROBABLE CAUSE

4.      During a South Wales Police investigation regarding child exploitation and child pornography offenses, law enforcement reviewed devices seized from a subject (Subject-1), which revealed multiple chats located across different platforms, where Subject-1 distributed child pornography for payment.  Within the end-to-end encrypted messaging application, Telegram, law enforcement located a conversation between Subject-1, and the user identified as "BH".  The conversation begins on or about November 23, 2024.  Subject-1 references "vids," which based on training and experience and this investigation, I believe may be child pornography.  Additionally,

2

based on my training and experience, "CP" is an acronym used in the pedophile community to represent child pornography:

> November 27, 2024
>
> *BH: Sends a screenshot of what appears to be a Telegram user profile. The screen name of the user appears to be "Bi Love", with the handle @i_love_cp22*
>
> *BH: This is my old page bro*
>
> *BH: Can I buy some videos from you or can you send me the same video you sent me before*
>
> *Subject-1:  Replied to "This is my old page bro"*
>
> *Subject-1: Hey*
>
> *Subject-1:  Replied to "Can I buy some videos from you or can you send me the same video you sent me before"*
>
> *Subect-1:  Well u can buy new vids if U want*
>
> *Subject-1: I have lots of new vids*
>
> *Subject-1:  And I can still send you those ones too but U know it's gonna take time for me to find them*

5.      BH and Subject-1 discuss the desired quantity of videos, with Subject-1 adding that "I have video of one guy and his nieces like 50".  BH asks Subject-1 "Do you still do pp", and Subject-1 provides BH with his PayPal account information.  BH subsequently sends Subject-1 a screen shot of what appears to be a PayPal payment, which shows that the user sent €15.22 to Subject-1.  At the top of the screen, there is a notification from the user's gmail account.  The notification appears to be an email from the email address service@paypal.com.  The notification

reads as follows:

> *Larry fortes, here's your receipt.  Hello Larry fortes You sent €15.22…*

6.      On or about December 23, 2024, Subject-1 sent BH multiple files that meet the federal definition of child pornography.  For example, a video that is approximately 19 seconds in length and shows a prepubescent female digitally penetrating her own vagina.  Subject-1 and BH continue to chat, and between November 23, 2024, and January 12, 2025, BH provides multiple payments to Subject-1, in exchange for hundreds of files of child pornography.

7.      A communications data inquiry was submitted for information concerning the Telegram user "BH".  Telegram replied and advised that the email address larryfortesXX0@gmail.com was associated with the user.  Further communications data results showed that the most probable identity of the Telegram user, "BH" to be Larry FORTES, with the cell phone number (313) XXX-5682.  A summons was submitted to PayPal Inc. for subscriber information elated to the email address larryfortesXX0@gmail.com.  PayPal Inc. responded and provided the following records attributed to the email address:

Name: Larry FORTES

1XX25 Brinker Avenue, Detroit, MI

SSN: XXX-XX-4930

8.      Based on this and other information, on or about May 5, 2026, I

obtained federal search warrants signed by United States Magistrate Judge Anthony Patti for FORTES and his residence, which were executed on May 13, 2026. At the search warrant execution, HSI agents encountered FORTES, who had a black iPhone 15 Pro Max on his person (the Subject Device). HSI detained FORTES and FORTES agreed to speak with HSI, after being read his *Miranda* Rights. FORTES confirmed that there was child pornography on the Subject Device, and that it was located in the application, Telegram. FORTES stated that he had purchased child pornography from other Telegram users, and that he utilized the application PayPal for these purchases.

9. FORTES disclosed that he had sexually molested three minor family members within the past year. FORTES identified two minor females (hereinafter referred to as MV-1 and MV-2) and one minor male (MV-3).

10. FORTES stated that approximately one month ago, he slept over at MV-1 and MV-2's home. MV-1 and MV-2 share a bedroom, and FORTES had spent the night in their room. FORTES stated that he removed MV-1 and MV-2's pants and underwear, exposing their genitalia, and masturbated over them. FORTES also used his fingers to touch their genitalia. FORTES believes that he recorded the abuse. FORTES estimated MV-1 to be approximately eight or nine years-old, and that MV-2 is approximately five or six years-old. FORTES stated that he molested MV-1 and MV-2 approximately four or five times.

11. FORTES stated that approximately one year ago, MV-3 and others had visited FORTES' family at their residence. FORTES called MV-3 upstairs to FORTES' bedroom and anally penetrated MV-3 with his penis. FORTES believes that he may have recorded the abuse and that MV-3 may have been 11 or 12 years-old at the time.

12. An initial review of the contents of the device revealed that FORTES was in possession of files that meet the federal definition of child pornography, and that these files appeared to have been produced by FORTES and are consistent with his admissions about sexually assaulting minors. For instance, law enforcement observed the videos described below. All five videos were located in the Photo Gallery, within the "Hidden" folder:

    a. Video One: A video that is approximately five minutes and 45 seconds in length, with associated metadata that indicates it was created on or about March 22, 2026, at 7:22 A.M., by the Subject Device. The video shows the exposed genitalia of a prepubescent female. An adult male penis is seen attempting to penetrate the child's vagina. The camera is repositioned further away from the child, and FORTES is seen standing above the child, with his penis exposed, attempting to penetrate the child's vagina.

b. Video Two: A video that is approximately three minutes and eight seconds in length, with associated metadata that indicates it was created on or about March 22, 2026, at 7:16 A.M., by the Subject Device. The video shows what appears to be the same prepubescent female seen in Video One laying down, sleeping. An exposed, adult male penis attempts to orally penetrate the child.

c. Video Three: A video that is approximately two minutes and 50 seconds in length, with associated metadata that indicates it was created on or about March 21, 2026, at 10:16 A.M., by the Subject Device. The video shows a sleeping prepubescent female, naked from the waist down. The camera focuses on the child's exposed buttocks, and a male finger spreads one of the child's buttocks. During the interview, HSI agents referenced this video, and FORTES identified the child as MV-1.

d. Video Four: A video that is approximately one minute and 39 seconds in length, with associated metadata that indicates it was created on or about February 21, 2026, at 3:26 A.M., by the Subject Device. The video shows a prepubescent female, naked from the waist down. An adult male hand appears from behind the camera and touches the child's vagina.

e. Video Five: A video that is approximately five minutes and 28 seconds in length, with associated metadata that indicates it was created on or about February 21, 2026, at 2:27 A.M., by the Subject Device. The video shows a prepubescent female, naked from the waist down. An adult male hand spreads the child's buttock from behind, exposing her anal and vaginal region. The camera is reposition further away from the child, and FORTES is seen standing over the child.

13. HSI also located several other files of what appears to be commercial child pornography, located within the same "Hidden" folder as the aforementioned videos.

14. I am aware from my training and experience that Apple iPhones, like the Subject Device, a black iPhone 15 Pro Max, recovered from FORTES in this case, are manufactured outside the state of Michigan and therefore must be shipped in interstate and/or foreign commerce to arrive in Michigan.

15. Based on the information above, there is probable cause to believe that FORTES violated 18 U.S.C. § 2252A(a)(5) (possession or access with intent to view child pornography) and 18 U.S.C. § 2251(a) (sexual exploitation of a minor).

16.     Wherefore by this affidavit and application, your Affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for FORTES.

Respectfully submitted,

Erin Herrgott, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
And/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Date:  May 13, 2026

9